FILED US District Court-UT
MAY 25 '22 PM01:09

TRINA A. HIGGINS, United States Attorney (#7347)
JAMIE THOMAS, Assistant United States Attorney (#9420)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FALAKIKO MAUSIA AKA "GEEKZ", OKUSTINO JOHN MAUSIA AKA "DEENZ", AND DEVIN TEVITA VELOZA MAUSIA;<br><br>Defendants.<br><br>Case: 2:22-cr-00191<br>Assigned To : Barlow, David<br>Assign. Date : 5/24/2022 | INDICTMENT<br><br>COUNT I: 18 U.S.C. §§ 371 and 922(a)(1)(a), Conspiracy to Engage in the Business of Dealing in Firearms without a License (All Defendants)<br><br>COUNT II: 18 U.S.C. § 924(n), Interstate Travel with Intent to Engage in the Business of Dealing in Firearms without a License (Falakiko Mausia)<br><br>COUNT III: 18 U.S.C. § 924(n), Interstate Travel with Intent to Engage in the Business of Dealing in Firearms without a License (Okustino Mausia)<br><br>COUNT IV: 18 U.S.C. § 924(n), Interstate Travel with Intent to Engage in the Business of Dealing in Firearms without a License (Okustino Mausia) |

The Grand Jury charges:

**COUNT I**

18 U.S.C. §§ 371 and 922(a)(1)(A)

(Conspiracy to Engage in the Business of Dealing in Firearms without a License)

Beginning on a date unknown, but not later than July 1, 2021, and continuing

through at least December 1, 2021, in the District of Utah and elsewhere,

FALAKIO MAUSIA AKA "GEEKZ", OKUSTINO JOHN MAUSIA AKA "DEENZ", AND DEVIN TEVITA VELOZA MAUSIA,

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others known and unknown to engage in the business of dealing in firearms without a license, and in the course of such business to receive and transport any firearm in interstate commerce without a license; all in violation of 18 U.S.C. §§ 371 and 922(a)(1)(A); and punishable pursuant to 18 U.S.C. § 371.

**COUNT II**
18 U.S.C. § 924(n)
(Interstate Travel with Intent to Engage in the Business of Dealing in Firearms without a License)

On or about October 12, 2021, in the District of Utah and elsewhere,

FALAKIKO MAUSIA AKA "GEEKZ",

defendant herein, did travel with the intent to engage in conduct that constitutes a violation of 18 U.S.C. § 922(a)(1)(A), specifically, he traveled from California to Utah and acquired firearms in furtherance of such purpose; all in violation of 18 U.S.C. § 924(n); and punishable pursuant to 18 U.S.C. § 924(n).

**COUNT III**
18 U.S.C. § 924(n)
(Interstate Travel with Intent to Engage in the Business of Dealing in Firearms without a License)

On or about July 7, 2021, in the District of Utah and elsewhere,

OKUSTINO JOHN MAUSIA AKA "DEENZ",

defendant herein, did travel with the intent to engage in conduct that constitutes a violation

of 18 U.S.C. § 922(a)(1)(A), specifically, he traveled from California to Utah and acquired firearms in furtherance of such purpose; all in violation of 18 U.S.C. § 924(n); and punishable pursuant to 18 U.S.C. § 924(n).

**COUNT IV**
18 U.S.C. § 924(n)
(Interstate Travel with Intent to Engage in the Business of Dealing in Firearms without a License)

On or about August 23, 2021, in the District of Utah and elsewhere,

OKUSTINO JOHN MAUSIA AKA "DEENZ",

defendant herein, did travel with the intent to engage in conduct that constitutes a violation of 18 U.S.C. § 922(a)(1)(A), specifically, he traveled from California to Utah and acquired firearms in furtherance of such purpose; all in violation of 18 U.S.C. § 924(n); and punishable pursuant to 18 U.S.C. § 924(n).

A TRUE BILL:

/s/
FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

Jamie Thomas
JAMIE Z. THOMAS
Assistant United States Attorney