TRINA A. HIGGINS, United States Attorney (#7349)
JAMIE Z. THOMAS, Assistant United States Attorney (#9420)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FALAKIKO MAUSIA AKA "GEEKZ", OKUSTINO JOHN MAUSIA AKA "DEENZ", AND DEVIN TEVITA VELOZA MAUSIA,<br><br>Defendants. | Case No. 2:22cr00191<br><br>FOURTH NOTICE OF COMPLIANCE AND REQUEST FOR RECIPROCAL DISCOVERY<br><br>Judge David Barlow |

The United States of America, by and through the undersigned, hereby files its fourth notice of compliance with its discovery obligations in this case and request for reciprocal discovery from the defendant Devin Tevita Veloza Mausia.

The United States gives notice that the following is being or has been provided to counsel for the defendants Devin Tevita Veloza Mausia:

| **Description** | **Bates Numbers** |
|---|---|
| Reports, Interviews, and Phone Downloads produced via thumb drive (NOC 4) | ***See attached discovery index*** |

Pursuant to Rule 12(b)(4)(A) of the Federal Rules of Criminal Procedure, the United States notified the defense that at trial, the United States may seek to use all physical evidence,

statements made by the defendant and others, police reports, phone records, electronic evidence (including body camera footage), documents, and photographs obtained during the investigation. The United States reserves the right to introduce in its case-in-chief all tangible objects, physical, documentary, and electronic evidence, and all other evidence provided, made available, or identified in discovery.

As additional discoverable material becomes available, such material will be provided within a reasonable time. Throughout this case, the United States will provide material discoverable under Rules 16 and 26.2 of the Federal Rules of Criminal Procedure and the Jencks Act without requiring the defendant to make a specific request for such material. Upon the request of the defendant, the United States will permit and facilitate the defendant's own inspection, copying or photographing of those items described/defined in Rule 16(a)(1)(E).

The United States also hereby requests disclosure of evidence by the defendant (also known as reciprocal discovery) pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure and DUCrimR 16-1(c). By providing Rule 16 discovery without requiring a specific request from the defense, the United States invokes a reciprocal obligation on the defendant under DUCrimR 16-1(c), which states that the defendant must allow the government to inspect and to copy the following, as further defined in Rule 16 of the Federal Rules of Criminal Procedure:

a. Documents and tangible objects the defendant intends to introduce as evidence at trial;

b. Reports of examinations and tests the defendant intends to introduce at trial or that were prepared by a witness whom the defendant intends to call at trial; and

c. A written summary of the testimony of any expert the defendant intends to use a trial under Federal Rules of Evidence 702, 703 and 705.

The United States requests that the defendant provide to the government at a reasonable time before trial, but no later than five working days before trial, copies of the material referenced in this paragraph. Further, the United States requests continuing compliance with the reciprocal discovery following the initial disclosure.

The United States also hereby requests all written and recorded statements by any witness other than the defendant whom the defendant intends to call at trial or a hearing covered by the Jencks Act or Rule 26.2 of the Federal Rules of Criminal Procedure.

DATED this 13th day of October, 2022.

TRINA A. HIGGINS
United States Attorney

*/s/Jamie Z. Thomas*
JAMIE Z. THOMAS
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that on the 13th day of October, 2022, the FOURTH CERTIFICATE OF COMPLIANCE AND REQUEST FOR RECIPROCAL DISCOVERY was filed electronically to the District Court, and caused to be made available for pickup from USAO reception, to the following:

**R. Blake Hamilton**
Dentons Durham Jones & Pinegar PC
111 S Main St, Ste 2400
Salt Lake City, UT 84110-4050
(801) 415-3000
Email: blake.hamilton@dentons.com
***Attorney for Devin Tevita Veloza Mausia***

***Notice Only to:***

**Kristen R. Angelos**
Assistant Federal Defender
District of Utah
46 W Broadway Ste 110
Salt Lake City, UT 84101
(801) 524-4010
Email: kris_angelos@fd.org
***Attorney for Falakiko Mausia***

/s/ *Melissa McKinnon*
Melissa McKinnon, Supervisory Paralegal

**US v. Falakiko Mausia, et al.**

| CATEGORY | FOLDER NAME | DESCRIPTION | BATES BEGIN | BATES END | RELATED CERT | SOURCE | NOC |
|---|---|---|---|---|---|---|---|
| **Investigative** | ATF | Report of Investigation regarding interview of Mr. Gomez on 04/14/2022 | INV-ATF-01-00086 | INV-ATF-01-00086.03 | N/A | Agent | 4 |
| | ATF | Report of Investigation dated 03/18/2022 regarding interview of Mr. Lavu Lavu on 03/14/2022 | INV-ATF-01-00087 | INV-ATF-01-00087.04 | N/A | Agent | 4 |
| | ATF | Report of Investigation dated 05/23/222 regarding arrest of Devin Veloza-Mausia | INV-ATF-01-00088 | INV-ATF-01-00088.17 | N/A | Agent | 4 |
| | ATF | Report of Investigation dated 05/27/2022 regarding review of ping warrant data | INV-ATF-01-00089 | INV-ATF-01-00089.02 | N/A | Agent | 4 |
| | ATF | Report of Investigation dated 06/09/2022 regarding phone extraction, and attaching a copy of the Search Warrant | INV-ATF-01-00090 | INV-ATF-01-00090.08 | N/A | Agent | 4 |
| | ATF | Report of Investigation dated 06/14/2022 regarding analysis of Falakiko Mausia's cell phones | INV-ATF-01-00091 | INV-ATF-01-00091.12 | N/A | Agent | 4 |
| | Interview | Interview of Devin Veloza-Mausia (Produced in Native format) | INT-DVM-01-00001 | INT-DVM-01-00001 | N/A | Agent | 4 |
| | Interview | Interview of Moises Gomez (Produced in Native format) | INT-MG-01-00001 | INT-MG-01-00001 | N/A | Agent | 4 |
| | Interview | Interview of Roy Montoya (Produced in Native format) | INT-RM-01-00001 | INT-RM-01-00001 | N/A | Agent | 4 |
| **Phone Downloads** | Downloads | Devin Veloza-Mausia Phone Download (Produced in Native format) | PD-DVM-01-00001 | PD-DVM-01-00001 | N/A | Agent | 4 |
| | Downloads | Falakiko Mausia Phone Downloads (Three in Total, Produced in Native format) | PD-FM-01-00001 | PD-FM-01-00003 | N/A | Agent | 4 |